**Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000420
23-NOV-2016
08:16 AM**

NO. CAAP-15-0000420

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I

**CIVIL NO. 03-1-0546-03**

IN THE MATTER OF
UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO,
Complainant-Appellant-Appellant,

vs.

TIMOTHY A. HOUGHTON, DEPUTY DIRECTOR, DEPARTMENT OF
ENVIRONMENTAL SERVICES, CITY AND COUNTY OF HONOLULU;
LORI M.K. KAHIKINA, DIRECTOR, DEPARTMENT OF
ENVIRONMENTAL SERVICES, CITY AND COUNTY OF HONOLULU;
CAROLEE C. KUBO, DIRECTOR, DEPARTMENT OF HUMAN RESOURCES,
CITY AND COUNTY OF HONOLULU; AND KIRK CALDWELL, MAYOR,
CITY AND COUNTY OF HONOLULU,
Respondents-Appellees-Appellees,

and

HAWAII LABOR RELATIONS BOARD, JAMES B. NICHOLSON, CHAIRPERSON;
ROCK B. LEY, BOARD MEMBER; AND SESNITA A.D. MOEPONO,
BOARD MEMBER,
Agency-Appellees-Appellees.

CIVIL NO. 03-1-0552-03

IN THE MATTER OF
UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO,
Complainant-Appellee-Appellant,

vs.

TIMOTHY A. HOUGHTON, DEPUTY DIRECTOR, DEPARTMENT OF
ENVIRONMENTAL SERVICES, CITY AND COUNTY OF HONOLULU;
LORI M.K. KAHIKINA, DIRECTOR, DEPARTMENT OF
ENVIRONMENTAL SERVICES, CITY AND COUNTY OF HONOLULU;
CAROLEE C. KUBO, DIRECTOR, DEPARTMENT OF HUMAN RESOURCES,
CITY AND COUNTY OF HONOLULU; AND KIRK CALDWELL, MAYOR,
CITY AND COUNTY OF HONOLULU,
Respondents-Appellants-Appellees,

and

HAWAII LABOR RELATIONS BOARD, JAMES B. NICHOLSON, CHAIRPERSON;
ROCK B. LEY, BOARD MEMBER; AND SESNITA A.D. MOEPONO,
BOARD MEMBER,
Agency-Appellees-Appellees.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT

ORDER DENYING UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO'S
MOTION FOR RECONSIDERATION OF THE OPINION OF THE COURT
(By: Nakamura, Chief Judge, and Leonard, J.,
with Foley, J., dissenting separately)

Upon consideration of "United Public Workers, AFSCME, Local 646, AFL-CIO's Motion for Reconsideration of the Opinion of the Court" (Motion for Reconsideration) filed on November 14, 2016, the papers in support, and the record and files in this case,

IT IS HEREBY ORDERED that the Motion for Reconsideration is denied.

DATED: Honolulu, Hawai'i, November 23, 2016.

On the motion:

Herbert R. Takahashi
Rebecca L. Covert
(Takahashi and Covert)
Attorneys for Complainant-
    Appellant-Appellant

Chief Judge

Associate Judge

2

I respectfully dissent. Based on my dissent to the Opinion of the Court filed on September 15, 2016, I would grant the Motion for Reconsideration.

Associate Judge